## Commonwealth *v.* Verde, Appellant.

Argued December 11, 1970. *Robert A. Godwin,* Assistant Public Defender, for appellant; *Michael F. O'Brien,* Assistant District Attorney, with him *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Wilkins, Appellant.

Argued December 8, 1970. *Lawrence Corson,* with him *Eilberg, Corson & Getson,* for appellant; *Martin H. Belsky,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.